## No. 16,066.

BLASI, DOING BUSINESS AS STORK CLUB v. WHEELER
AND FINE, DOING BUSINESS AS WHEELER-
PITTMAN THEATRICAL AGENCY
AND EARL GREGG.
(211 P. [2d] 832)

Decided October 24, 1949.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. EDGAR McCOMB, Mr. GODFREY NORDMARK, Mr. AL-
BERT E. ZARLENGO, for plaintiff in error.

Mr. HARRY H. RUSTON, for defendants in error Wheeler
and Fine.

Mr. WILLIAM H. SCOFIELD, for defendant in error
Gregg.